IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. CCB-16-190 |
| | * | |
| RAHIEM RAY | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MEMORANDUM & ORDER</u>**

Now pending is Rahiem Ray's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF 225), requesting that his sentence be reduced to time served. Ray seeks relief on the basis that FMC Lexington, where he was incarcerated at the time of his motion, is experiencing a COVID-19 outbreak.

The court is not persuaded that Ray's proffered reasons for compassionate release rise to the level of "extraordinary and compelling reasons" within the meaning of § 3582(c)(1)(A)(i).[1] Ray does not state that he has any underlying medical conditions that would increase his risk of severe illness related to COVID-19. Moreover, it appears that during the pendency of his motion, Ray has been released to a residential-reentry facility in New York, *see Find an Inmate*, BOP, https://www.bop.gov/inmateloc/ (last accessed Dec. 9, 2020), and thus is not at any risk of illness at FMC Lexington. Accordingly, Ray's motion for compassionate release (ECF 225) is DENIED.

So Ordered this __10th__ day of December, 2020.

                _____/S/_____
                Catherine C. Blake
                United States District Judge

---

[1] As the Fourth Circuit recently held, there is currently no "applicable policy statement[] issued by the Sentencing Commission" concerning what may be an "extraordinary and compelling reason" for compassionate release when a defendant brings a motion under § 3582(c)(1)(A). *United States v. McCoy*, ---F.3d----, 2020 WL 7050097, *9 (4th Cir. Dec. 2, 2020). Therefore, "district courts are 'empowered . . . to consider *any* extraordinary and compelling reason for release that a defendant might raise.'" *Id.* at *9 (quoting *United States v. Zullo*, 976 F.3d 228, 230 (2d Cir. 2020)).